United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HAMILTON, | No. C 12-2496 SI |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| PATELCO CREDIT UNION, | |
| Defendant. | |

On August 27, 2012, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute. *See* Dkt. 62; Fed. R. Civ. P. 41(b). The Court set a deadline of September 7, 2012 for plaintiff to show cause, and warned that failure to do so would result in dismissal of this case. As of September 24, 2012, plaintiff has not shown cause, nor contacted the Court in any other way. This case is DISMISSED WITHOUT PREJUDICE. The clerk shall serve this Order on the Aiken, South Carolina address provided by Patelco:

> William R. Hamilton
> 310 Beaver Creek Lane
> Aiken, SC 29803

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2012

SUSAN ILLSTON
United States District Judge