IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HAMILTON, | No. C 12-2496 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PATELCO CREDIT UNION, | |
| Defendant. | |

The Court has dismissed this case without prejudice for failure to prosecute. Judgment shall be entered accordingly. The clerk shall serve this Judgment on the Aiken, South Carolina address provided by Patelco:

> William R. Hamilton
> 310 Beaver Creek Lane
> Aiken, SC 29803

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 25, 2012

SUSAN ILLSTON
United States District Judge